UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH W. FINFROCK,

    Petitioner,

v.                                        CASE NO. 6:06-cv-1763-Orl-31KRS

T.R. DOUBERLEY, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following matters:

(1) Petitioner filed a Motion to Compel (Doc. No. 23) seeking copies of any affidavits submitted by Respondents in support of their request to dismiss the habeas petition. For good cause shown, within **ELEVEN (11) DAYS** from the entry of this Order, Respondents are directed to provide Petitioner with any affidavits they may have submitted in support of their request to dismiss the petition. If no such affidavits exist, Respondents shall so notify Petitioner and the Court within this time period.

(2) Petitioner has indicated that he was released from prison on February 1, 2007. (Doc. No. 22.) "[F]ederal courts have authority to entertain § 2254 petitions only from those persons 'in custody in violation of the Constitution or laws . . . of the United States.'" *Harris v. I.N.S.*, 2004 WL 951510, at *2 (E.D.N.Y. 2004) (quoting 28 U.S.C. § 2254(a)); *see also Maleng v. Cook*, 490 U.S. 488, 491-92 (1989) (noting that "[w]hile we have very liberally construed the 'in custody' requirement for purposes of federal habeas, we have never extended it to the situation where a habeas petitioner suffers no present restraint from a conviction"). Accordingly, within **FIFTEEN**

**(15) DAYS** from the date of this Order, Petitioner shall file a memorandum addressing whether or not he is in custody. *See Snyder v. City of Alexandria*, 870 F. Supp. 672, 684 (E.D.Va. 1994) (noting that "[i]t is well settled that such 'custody' is not limited to incarceration, but includes post-imprisonment supervision such as parole, probation, and certain rehabilitation programs"). **Failure to do so will result in a finding that Petitioner is no longer in custody and dismissal of this case.**

**DONE AND ORDERED** at Orlando, Florida this 22nd day of February, 2007.

Copies to:
sc 2/20
Joseph W. Finfrock
Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

2